IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

NO. 05-20075-02-Ma/V

RONALD HUGHES,

    Defendant.

---

ORDER ALLOWING COUNSEL TO WITHDRAW

---

Before the court is the May 31, 2005 motion of Daniel Johnson, counsel for Ronald Hughes, requesting that he be allowed to withdraw as counsel for the defendant.

Good cause having been shown, the motion is granted and Mr. Hughes is allowed to withdraw. The defendant has previously been determined to be indigent. The magistrate judge is therefore directed to appoint replacement counsel for defendant from the court's CJA Pro Bono Panel.

It is so ORDERED this 1st day of June, 2005.

                          /s/ Samuel H. Mays, Jr.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT