IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 22 PM 4: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,    *

    Plaintiff,    *

                              CR. No.  05-20075-Ma

v.    *

RONALD HUGHES,    *

    Defendant.    *

---

## ORDER

---

    Upon Motion of the United States, and for good cause shown, the Indictment pending

against Ronald Hughes is hereby dismissed.

    Entered on this ___19th___ day of August, 2005.

HONORABLE SAMUEL H. MAYS
UNITED STATES DISTRICT COURT JUDGE

Approved:

TIMOTHY R. DiSCENZA
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8·26·05_

67

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT