UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 AUG 30 PM 5: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case Number 05-20075-Ma

RONALD HUGHES,

    Defendant.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Indictment returned against Ronald Hughes is dismissed in accordance with the Order docketed August 26, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 29, 2005
_____
(DATE)

THOMAS M. GOULD
_____
CLERK

_____
(by) DEPUTY CLERK

69

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT